UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00091-1 |
| | ) | Chief Judge Haynes |
| MARTIEZ BRIGHT | ) | |

**MOTION OF DEFENDANT MARTIEZ BRIGHT TO ASCERTAIN STATUS OF PENDING MOTION**

COMES NOW the Defendant, **Martiez Bright**, by and through his undersigned counsel, and, pursuant to *LR 7.01(c), Middle District of Tennessee,* hereby moves to ascertain the status of his *Motion to Revoke and/or Amend the Detention Order* with supporting *Memorandum of Law*, filed 11/26/12, which has been yet to be ruled on by the Court. (Docket Entries 25 & 26). Respectfully, the motion is ripe for a hearing and/or decision.

[Handwritten order in margin: ORDER. This motion is GRANTED. The motion to revoke is set for March 15, 2013 at 4:00 pm. /s/ [signature] 3-11-13]

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770

S:/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant Martiez Bright

1